IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01436-PAB-SBP

WILLIAM KOSTROUN,

     Plaintiff,

v.

GREENHOUSE PARTNERS, LLC,

     Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on Plaintiff's Motion for Default Judgment [Docket No. 12]. On August 7, 2024, the Clerk of the Court entered default against defendant Greenhouse Partners, LLC. Docket No. 10. On September 12, 2024, Magistrate Judge Susan Prose ordered plaintiff William Kostroun to file a motion for default judgment or to request a status conference on or before October 11, 2024. Docket No. 11. On October 8, 2024, Mr. Kostroun filed his motion for default judgment. Docket No. 12.

     Despite being titled as a motion for default judgment, Mr. Kostroun's motion asks the Court to "take notice" of the fact that he "intends to move the Court for an entry of default judgment against defendant Greenhouse Partners, LLC ('Defendant') at the United States Courthouse, 901 19th Street, Denver, CO 80294, at a time and place to be set by the Court." *Id.* at 1. The motion does not ask the Court to enter judgment against Greenhouse Partners, LLC pursuant to Federal Rule of Civil Procedure 55(b), and it does not show that Mr. Kostroun is entitled to default judgment. *Id.* at 1-2. Therefore, Mr. Kostroun's motion for default judgment will be denied.

     To the extent Mr. Kostroun's motion requests a hearing on his motion for default judgment, that request is denied. Mr. Kostroun does not explain why a hearing is necessary. *See Magic Carpet Ski Lifts, Inc. v. S&A Co., Ltd*, No. 14-cv-02133-REB-KLM, 2015 WL 4237950, at *6 (D. Colo. June 8, 2015), *report and recommendation adopted,* 2015 WL 4162586 (D. Colo. July 9, 2015) ("If defendant does not contest the amount prayed for in the complaint by failing to answer and the claim is for a sum certain or a sum that can be made certain by computation, the judgment generally will be entered for that amount without any further hearing.").

Finally, the Court notes that it is not necessary for the Court to set a time for Mr. Kostroun to file a motion for default judgment.  Magistrate Judge Prose set the deadline for filing a motion for default judgment on October 11, 2024.  Mr. Kostroun has failed to comply with the deadline because his notice that he intends to move for default judgment is not a motion for default judgment.

Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment [Docket No. 12] is **DENIED without prejudice**.  It is further

**ORDERED** that plaintiff William Kostroun shall file an amended motion for default judgment on or before **November 4, 2024**.

DATED October 21, 2024.